PHILLIP A. TALBERT
Acting United States Attorney
R. BENJAMIN NELSON
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:16-MJ-00060-CKD |
| | ) | |
| Plaintiff, | ) | [Proposed] ORDER TO VACATE |
| | ) | STATUS HEARING |
| v. | ) | |
| | ) | DATE:  July 21, 2016 |
| LARRY J. PRENTICE, | ) | TIME:  9:30 a.m. |
| | ) | JUDGE: Hon. Carolyn K. Delaney |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

ORDER

    It is hereby ordered that the status hearing presently set for
July 21, 2016 at 9:30 a.m. be vacated

Dated:  July 8, 2016

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE